FILED
 2009 May-20 PM 02:36
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHUNETTA ROSHEL GARTH,** | ] |
| Petitioner, | ] |
| vs. | ] Case No.: 2:09-CV-0785-RDP-RRA |
| **WARDEN D. LICEFOOSE,** | ] |
| Respondent. | ] |

## MEMORANDUM OPINION

This is a habeas corpus petition brought pursuant to 28 U.S.C. § 2241. The magistrate judge entered a report and recommendation recommending that the action be transferred to the United States District Court for the District of Connecticut, where the court has jurisdiction over the respondent in this case. No objections have been filed. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This action is due to be transferred to the United States District Court for the District of Connecticut. An appropriate order will be entered.

**DONE** and **ORDERED** this ___20th___ day of May, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE